IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. MARCUS WHOLESALERS, INC., JACK MARCUS, PHILIP MARCUS and DAVID HABER, | : : : Civil Action No. 05-cv-1485 (GL) |
| Plaintiffs, | : Judge Gary L. Lancaster |
| vs. | : **ELECTRONICALLY FILED** |
| ASSURANCE COMPANY OF AMERICA, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Pursuant to the foregoing Stipulation for Dismissal,

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DONE this 20th day of May, 2006.

BY THE COURT:

_____ J.
GARY L. LANCASTER

f:\wpdocs\Marcus, J Wholesalers\stipulation and order
May 19, 2006 File #13496